UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 05-30-DCR |
| | ) | |
| V. | ) | |
| | ) | **MEMORANDUM OPINION** |
| MARK EDWARD BAIRD, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Baird's motion to reconsider this Court's July 18th Memorandum Opinion and Order [Record No. 254] granting the United States' oral motion to disqualify the law firm of Jensen, Cessna, Benge, and Webster from representing Mark Edward Baird and Thomas Edward Effler.  [Record No. 275]  Alternatively, should the Court deny the motion, Baird seeks to have the Court declare its July 18 Order a "final and appealable order."  Although the United States has not yet responded to the motion, the Court does not find it necessary to await the United States' response.

For the reasons stated in Record Number 254, the Court will deny the motion to reconsider.  In addition, the Court will not simply declare the July 18th Memorandum Opinion and Order a final and appealable order (a declaration which would not, *ipso facto*, render the issue appealable), because "[t]he exceptions to the final judgment rule in criminal cases are rare. An order disqualifying counsel is not one."  *Flanagan v. United States*, 465 U.S. 259, 270 (1984).  Accordingly, it is hereby

**ORDERED** that Baird's motion to reconsider and motion to declare the July 18th Memorandum Opinion and Order a final and appealable order [Record No. 275] are **DENIED**.

This 1st day of August, 2005.

Signed By:

*Danny C. Reeves* DCR

**United States District Judge**